```
 1  Henry D. Nunez  #63412
    Attorney at Law
 2  4478 West Spaatz Avenue
    Fresno, California  93722
 3  E-mail:hdnunezlaw@yahoo.com
    Telephone: (559) 437-9200
 4  Facsimile:  (559) 437-3927

 5
    Attorneys for Debtor(s)
 6
```

FILED
February 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003258500

Henry D. Nunez  #63412
Attorney at Law
4478 West Spaatz Avenue
Fresno, California  93722
E-mail:hdnunezlaw@yahoo.com
Telephone: (559) 437-9200
Facsimile:  (559) 437-3927

Attorneys for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| In re<br><br>MARK A. CARBALLO AND<br>CARMEN REBECCA CARBALLO,<br><br>Debtor(s). | Case No. 10-62743-B-13<br><br>Chapter 13<br><br>D. C. No. HDN-5<br><br>Date:  March 24, 2011<br>Time:  1:30 p.m.<br>Place: United States Bankruptcy Court<br>         2500 Tulare Street, Fifth Floor<br>         Courtroom 12; Dept. B<br>         Fresno, California 93721 |

## **CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above entitled action; my business address is: 4478 W. Spaatz Avenue, Fresno, California, 93722 is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 3, 2011**, at my place of business in Fresno, California, the following

---

**CERTIFICATE OF SERVICE**

Page 1

documents:

   **NOTICE OF THE DEBTOR'S MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN;**

   **MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN;**

   **DECLARATION OF MARK A. CARBALLO IN SUPPORT OF MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN;**

   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CONFIRMATION OF CHAPTER 13 PLAN;**

   **CHAPTER 13 PLAN**

were placed for deposit with the United States Postal Service, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at Fresno, California, addressed as follows:

   United States Trustee
   2500 Tulare Street, Rm. 1401
   Fresno, CA 93721

   Michael H. Meyer
   Chapter 13 Trustee
   P.O. Box 28950
   Fresno, California 93729-8950

   **SEE ATTACHED CREDITORS LIST**

and the envelope was placed for collection and mailing on that date in the ordinary course of business.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on **February 3, 2011,** at Fresno, California.


                                          /s/-Annabelle Pizaña
                                          Annabelle Pizaña

---

**CERTIFICATE OF SERVICE**

Page 2

| | |
|---|---|
| 1 | American Express-Costco Wholesale |
| | Customer Service |
| 2 | P.O. Box 981535 |
| | El Paso, TX 79998-1535 |
| 3 | |
| | AT& T |
| 4 | c/o Bay Area Credit Service, LLC |
| | 1901 W. 10th Street |
| 5 | Antioch, CA 94509 |
| 6 | Bank of America |
| | Customer Service |
| 7 | P.O. Box 5170 |
| | Simi Valley, CA 93062-5170 |
| 8 | |
| | Care Credit |
| 9 | GE Money Bank |
| | P.O. Box 981438 |
| 10 | El Paso, TX 79998-1438 |
| 11 | Chase |
| | P.O. Box 15298 |
| 12 | Wilmington, DE 19850-5298 |
| 13 | Chevron and Texaco Credit Card |
| | P.O. Box 981430 |
| 14 | Atlanta, GA 30353-0950 |
| 15 | Citibank (South Dakota) |
| | c/o Associated Recovery Systems |
| 16 | P.O. Box 469046 |
| | Escondido, CA 92046-9046 |
| 17 | |
| | Citibank Customer Service Ctr |
| 18 | P.O. Box 6000 |
| | The Lakes, NV 89163-6000 |
| 19 | |
| | CitiFinancial Auto |
| 20 | P.O. Box 183036 |
| | Columbus, OH 43218-3036 |
| 21 | |
| | Countrywide |
| 22 | P.O. Box 15298 |
| | Wilmington, DE 19850-5298 |
| 23 | |
| | Direct TV |
| 24 | P.O. Box 78626 |
| | Phoenix, AZ 85062-8626 |
| 25 | |
| | GE Capital |
| 26 | c/o Leading Edge Recovery Solutions |
| | 5440 N. Cumberland Avenue Ste. 300 |
| 27 | Chicago, IL 60656-1490 |
| 28 | |

---

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | GMAC<br>P.O. Box 380901 |
| 2 | Minneapolis, MN 55438-0901 |
| 3 | Goodyear Credit Plan<br>P.O. Box 689182 |
| 4 | Des Moines, IA 50368-9182 |
| 5 | Home Depot Credit Services<br>P.O. Box 689100 |
| 6 | Des Moines, IA 50368-9100 |
| 7 | Home Depot Credit Services<br>P.O. Box 653000 |
| 8 | Dallas, TX 75265-3000 |
| 9 | JCPenny<br>P.O. Box 981131 |
| 10 | El Paso, TX 79998-1131 |
| 11 | Kay Jewelers<br>P.O. Box 740425 |
| 12 | Cincinnati, OH 45274-0425 |
| 13 | Key Bank<br>P.O. Box 94722 |
| 14 | Cleveland, OH 44101-4722 |
| 15 | Kohl's<br>P.O. Box 3034 |
| 16 | Milwaukee, WI 53201-3043 |
| 17 | Lowe's<br>P.O. Box 981401 |
| 18 | El Paso, TX 79998-1401 |
| 19 | LVNV Funding LLC-Citibank<br>Sterling Jewelers Inc. dba Kay Jewelers |
| 20 | c/o WELTMAN WEINBERG & REIS CO LPA<br>323 W. Lakeside Avenue, Suite 200 |
| 21 | Cleveland, OH 44113-1099 |
| 22 | Macy's<br>Bankruptcy Processing |
| 23 | P.O. Box 8053<br>Mason, OH 45040 |
| 24 | |
| 25 | Mor Furniture For Less<br>c/o HSBC Retail Services<br>P.O. Box 5244 |
| 26 | Carol Stream, IL 60197-5244 |
| 27 | // |
| 28 | // |

---

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Pacific Bell/SBC |
| | c/o Asset Acceptance LLC |
| 2 | P.O. Box 2039 |
| | Warren, MI 48090-2039 |
| 3 | |
| | Quest Diagnostics |
| 4 | c/o Fresno Credit Bureau |
| | P.O. Box 942 |
| 5 | Fresno, CA 93714 |
| 6 | Quill.com |
| | c/o Receivable Management Services |
| 7 | 4836 Brecksville Road |
| | P.O. Box 523 |
| 8 | Richfield, OH 44286 |
| 9 | Shell Vacations Club |
| | P.O. Box 78843 |
| 10 | Phoenix, AZ 85062-8843 |
| 11 | Shell Vacations Club |
| | P.O. Box 78843 |
| 12 | Phoenix, AZ 85062-8843 |
| 13 | Shells Vacations Club |
| | c/o Meridian Financial Services |
| 14 | P.O. Box 1410 |
| | Asheville, NC 28802-1410 |
| 15 | |
| 16 | Shells Vacations Clubs |
| | Bankcard Center |
| 17 | P.O. Box 1959 |
| | Honolulu, HI 96805-1959 |
| 18 | |
| 19 | Superstores of America |
| | Retail Services |
| 20 | P.O. Box 1552 |
| | Wilmington, DE 19850-5521 |
| 21 | |
| | Target National Bank |
| 22 | c/o Target Credit Services |
| | P.O. Box 1581 |
| 23 | Minneapolis, MN 55440-1581 |
| 24 | Toyota Financial Services |
| | P.O. Box 790069 |
| 25 | Saint Louis, MO 63179-0069 |
| 26 | Tracy Kennedy Desmond |
| | Treasurer/Tax Collector |
| 27 | 200 W. 4th St. |
| | Madera, CA 93637 |
| 28 | |

---

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | Wal-Mart Financial Services<br>P.O. Box 981401 |
| 2 | El Paso, Tx 79998-1401 |
| 3 | Walmart-GE Money Bank<br>Attn:Bankruptcy Department |
| 4 | P.O. Box 103104<br>Roswell, GA 30076 |
| 5 | |
| 6 | Wells Fargo Bank Visa Account<br>c/o RJM Acquisitions Fundings LLC<br>P.O. box 18013 |
| 7 | Hauppauge, NY 11788-8813 |
| 8 | Zales<br>P.O. Box 689182 |
| 9 | Des Monies, IA 50368-9182 |
| 10 | Jennifer Whisenhunt<br>5941 E. Montecito Avenue |
| 11 | Fresno, CA 93727 |
| 12 | Fresno County Support Division<br>2220 Tulare Street, Ste. 310P |
| 13 | Fresno, CA 93721 |
| 14 | California State Disbursement Unit<br>P.O. Box 989067 |
| 15 | West Sacramento, Ca 95798-9067 |
| 16 | Napa Ripperdan Auto & Ag<br>6820 Hwy 145 |
| 17 | Madera, Ca 93637 |
| 18 | |
| 19 | **Special Notices**<br>**BAC Home Loan Servicing LP**<br>**7105 Corporate Drive** |
| 20 | **Plano, Texas 75024** |
| 21 | **Diligentsia Capital Group LLC**<br>**c/o Recovery Management Systems Corp.** |
| 22 | **25 SE 2nd Avenue, Suite 1120**<br>**Miami, FL 33131-1605** |
| 23 | |
| 24 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C. |
| 25 | 3936 E. Ft.Lowell Road, Suite #200<br>Tucson, AZ 85712 |
| 26 | Donald H. Cram, III<br>Severson & Werson P.C. |
| 27 | One Embarcadero Center, Ste. 2600<br>San Francisco, CA 94111 |
| 28 | |

---

**CERTIFICATE OF SERVICE**